UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAM R. DAMABEH, an individual, | Case No.: 5:12-CV-1739-LHK |
| Plaintiff, | |
| v. | ORDER REGARDING AFFIDAVIT SUPPORTING EXHIBIT 1 TO DEFENDANT'S MOTION TO DISMISS |
| 7-ELEVEN, INC., a Texas corporation, and DOES 1-100, | |
| Defendants. | |

The Court orders Defendant to submit an affidavit pursuant to Northern District of California Local Rule 7-5(a) attesting to the authenticity of the Franchise Agreement attached as Exhibit 1 to Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 27, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1739
ORDER REGARDING AFFIDAVIT SUPPORTING EXHIBIT 1 TO DEFENDANT'S MOTION TO DISMISS