UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAM R. DAMABEH, an individual, ) | Case No.: 5:12-CV-1739-LHK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING AFFIDAVIT |
| v. ) | SUPPORTING EXHIBIT 1 TO |
| ) | DEFENDANT'S MOTION TO DISMISS |
| 7-ELEVEN, INC., a Texas corporation, and ) | |
| DOES 1-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court orders Defendant to submit an affidavit pursuant to Northern District of California Local Rule 7-5(a) attesting to the authenticity of the Franchise Agreement attached as Exhibit 1 to Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 27, 2012

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1739
ORDER REGARDING AFFIDAVIT SUPPORTING EXHIBIT 1 TO DEFENDANT'S MOTION TO DISMISS