UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAM R. DAMABEH, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>7-ELEVEN, INC., a Texas corporation, and DOES 1-100,<br><br>             Defendants. | Case No.: 5:12-CV-1739-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7–1(b), the Court finds Defendant 7-Eleven Inc.'s Motion to Dismiss Plaintiff Gholam Damabeh's Complaint appropriate for determination without oral argument. *See* ECF No. 7. Accordingly, the hearing on the motion set for August 30, 2012, is hereby VACATED. The case management conference scheduled for the same date is continued until October 17, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1739
ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE