UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., | Case No.: 5:12-CV-1246-LHK |
| Plaintiff, | |
| v. | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| DANMIC GLOBAL, LLC; JORGEN MICHAEL JENSEN; CHRISTY MANUFACTURING CORPORATION, LLC; GEORGE MICHAEL CHRISTY; and DOES 1 through 50, | |
| Defendants. | |

The case management conference scheduled for August 30, 2012, at 1:30 p.m. is hereby continued to August 29, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1246
ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE