UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAM R. DAMABEH, an individual | Case No.: 5:12-CV-1739-LHK |
| Plaintiffs, | |
| v. | ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |
| 7-ELEVEN, INC., a Texas corporation, and DOES 1-100 | |
| Defendants. | |

A case management conference in this matter is scheduled to take place on October 17, 2012. This case management conference was continued from August 30, 2012. Pursuant to the local rules, the parties were required to file a case management statement by October 10, 2012. While the parties filed a case management statement in advance of the original August 30, 2012 case management conference date, the parties have not yet filed a case management statement in advance of the October 10, 2012 date. The parties are hereby ORDERED to file a case management statement immediately.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:12-CV-1739-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT