UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GHOLAM R. DAMABEH, an individual, | Case No.: 12-CV-1739-LHK |
| Plaintiff, | |
| v. | ORDER VACATING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT ORDER |
| 7-ELEVEN, INC., a Texas corporation, and DOES 1-100, | |
| Defendants. | |

The case management conference scheduled for October 17, 2012 is hereby vacated. A further case management conference is set for January 30, 2013 at 2:00 p.m.

Per the parties' stipulation, the parties' deadline to exchange initial disclosures shall be 14 days after Defendant files an answer to Plaintiff's First Amended Complaint or any subsequent amended complaint.

With respect to the parties requested ADR option, the Court will not refer this case to a Magistrate Judge for a settlement conference this early in the case. The parties shall file a new request for referral to a different ADR option by October 29, 2012.

The case schedule shall be as follows:

LAST DAY TO AMEND THE PLEADINGS/ADD PARTIES: March 1, 2013

CLOSE OF FACT DISCOVERY: May 17, 2013

OPENING EXPERT REPORTS: June 21, 2013

REBUTTAL EXPERT REPORTS: July 12, 2013

CLOSE OF EXPERT DISCOVERY: August 16, 2013

LAST DAY TO FILE DISPOSITIVE MOTIONS: September 5, 2013. The parties are limited to one dispositive motion each.

LAST DAY TO HEAR DISPOSITIVE MOTIONS: October 10, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE: November 21, 2013, at 1:30 p.m.

JURY TRIAL: December 9, 2013, at 9:00 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-1739-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT ORDER