# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gholam R. Damabeh

CASE NO.  5:12-cv-1739-LHK

                    Plaintiff(s),

          v.                                           STIPULATION AND [PROPOSED]

7-Eleven, Inc., et al.                                 ORDER SELECTING ADR PROCESS


                    Defendant(s).

_____/

          Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓         Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
          Private ADR *(please identify process and provider)* _____


The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓         other requested deadline  45 days after 7-Eleven files an answer _____


Dated: 10/29/12 _____                          Ali Kamarei, Esq. _____
                                                 Attorney for Plaintiff


Dated: 10/29/12 _____                          Gabriel White, Esq.
                                                 Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
           Early Neutral Evaluation (ENE)
✓        Mediation
           Private ADR

Deadline for ADR session
           90 days from the date of this order.
✓        other   45 days after answer

IT IS SO ORDERED.

Dated: October 30, 2012

_Lucy H. Koh_
Lucy H. Koh
United States District Court Judge